T.C. Memo. 2001-40

UNITED STATES TAX COURT

GENNARO AND PATRICIA LABATO, Petitioners <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket No. 4781-99.                    Filed February 23, 2001.

This opinion was withdrawn by order dated July 10, 2001.